

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

NOV 9 - 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 21 CR 50056 |
| vs. ) | |
| ) | Violation: Title 18, United States Code |
| ) | Section 115(a)(1)(B) |
| JACOB BALABUSZKO ) | |

JUDGE JOHNSTON

MAGISTRATE JUDGE JENSEN

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about August 18, 2021, in the Northern District of Illinois, Western Division,

JACOB BALABUSZKO,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that BALABUSZKO threatened to assault and murder Federal Bureau of Investigation Task Force Officer D.D. and Federal Bureau of Investigation Special Agent G.H.; namely, that BALABUSZKO stated, in effect:

a. My name is Jacob Balabuszko, this is not a test. Agent [D.D.], Agent [G.H.], I will fuck both of you in your cute little butts. It's not even 'cause I actually think you're cute, it's just so that you can feel like less of men. Because you're not, go fuck yourselves, again, or maybe I will.

b. Next time you two come to my house unannounced, I'm going to shoot you on sight, that is a threat.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 115(a)(1)(B), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition intended to be used in the offense, which is a crime of violence, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a DS Arms, model ZM4, 5.56 caliber rifle, with serial number DSF008914, and associated ammunition, and a Savage Arms, model 775A, 12 gauge shotgun, with serial number 219890, and associated ammunition.

A TRUE BILL:

FOREPERSON

*John R. Lausch, Jr. /SKT*
UNITED STATES ATTORNEY