UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 21 CR 50056 |
| ) | |
| JACOB BALABUSZKO ) | Judge Iain D. Johnston |
| ) | |

**GOVERNMENT'S EMERGENCY MOTION FOR RECONSIDERATION AND STAY OF RELEASE ORDER PENDING RESOLUTION OF THE GOVERNMENT'S MOTION**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully requests that this Court, for the reasons set forth below, reconsider and stay U.S. Magistrate Judge Lisa A. Jensen's November 15, 2021, decision to release defendant on bond pending the resolution of the government's motion.

**I.    Procedural Background**

On November 3, 2021, the government filed a criminal complaint alleging defendant violated 18 U.S.C. § 115(a)(1)(B), by threatening two federal officers. On November 5, 2021, defendant was arrested pursuant to an arrest warrant, and appeared before Judge Jensen. Dkt. 14-15. At the initial appearance, the government moved for detention pursuant to 18 U.S.C. §§ 3142(f)(1)(A), 3142(f)(2)(A), and 3142(f)(2)(B); Judge Jensen remanded defendant to the custody of the U.S. Marshal pending the detention hearing. Dkt. 15.  That same day two search warrants were executed in this case, one of them for defendant's residence and the other for his person. A detention hearing was scheduled for November 10, 2021. Dkt. 15. On November 9, 2021, the grand jury indicted defendant for one count of threatening to assault and murder a federal law enforcement officer with intent to impede, intimidate, and interfere with such enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law

enforcement officer on account of the performance of official duties, in violation of 18 U.S.C. § 115(a)(1)(B). Dkt. 20. On November 10, 2021, defendant pleaded not guilty to the indictment and Judge Jensen rescheduled defendant's detention hearing to November 15, 2021. Dkt. 25.

On November 15, 2021, Judge Jensen held the detention hearing. Pre-trial services recommended that the defendant be released on personal recognizance bond with certain conditions. However, pre-trial services was not allowed to consider the facts of the instant offense and at the time of their recommendation was not privy to certain information presented by the government at the detention hearing. Judge Jensen ordered the release of the defendant pursuant certain conditions of bond. Dkt. 27. Specifically, Judge Jensen imposed the following conditions: GPS monitoring, home incarceration, no access to the Internet, third-party custodian, $2,500 cash bond, and other standard conditions. The government requested Judge Jensen stay her ruling until 5 p.m. on November 15, 2021, for the government to decide whether to appeal her decision – which Judge Jensen did. Dkt. 27.

The standard of review for this Court is *de novo* for Judge Jensen's detention determination. *See United States v. Portes*, 786 F.2d 758, 760, 761 (7th Cir. 1985).

## II.     Nature and Circumstances of Offense

During the investigation, investigating agents have identified defendant as a member of an online Signal based chat group used by individuals who consider themselves Boogaloo Bois. Boogaloo Bois are adherents of the Boogaloo ideology, which is known to be an anti-government/anti-authority extremist ideology. The name of the Signal chat group that the defendant and others are members of has changed over time. But for purposes of this motion, such Signal chat groups are referred to as if they were one/the same chat group.

Signal is an encrypted messaging app commonly used on smart phones that allows individuals to communicate with each other. Some of those communications take the form of

sharing written messages, as well as voice recordings and video recordings. Defendant has been identified to use the Signal username "Captain John Paul". Defendant, using the username Captain John Paul, has sent numerous threatening communications utilizing Signal. Some of those threatening communications are reflected in the indictment. Specifically, with regard to the indictment, on or about August 18, 2021, defendant sent several audio messages to the Signal chat group. The government is in possession of audio recordings of the messages posted on or about August 18, 2021 by the defendant. In those audio messages the defendant made the following statements:

> "My name is Jacob Balabuszko, this is not a test."

> "Agent [D.D.], Agent [G.H.], I will fuck both of you in your cute little butts." "It's not even 'cause I actually think you're cute, it's just so that you can feel like less of men." "Because you're not, go fuck yourselves, again, or maybe I will."

> "Next time you two come to my house unannounced, I'm going to shoot you on sight, that is a threat."

The two named federal officers are Federal law enforcement officers who previously encountered defendant in-person on two separate occasions.

### III. Weight of the Evidence Against Defendant

The evidence against the defendant is strong. As noted earlier, the government in in possession of a recording of the above threatening statements, as well as there is substantial evidence that the defendant is the user of Signal username "Captain John Paul". Some of that evidence, amongst other things, includes cell phone subscriber records, a Signal card for Captain John Paul which indicates that users phone number, as well as other messages posted by Captain John Paul on the Signal chat group.

### IV. History and Characteristics of the person

3

As provided in the Pretrial Services Report, the defendant has limited family ties. Such ties raise concern that defendant has little keeping him here, including that although his parents live in Belvidere, he has no contact with them. Furthermore, although he has four siblings, he reported that he has no contact with them, who live across Illinois, Wisconsin, and possibly in Washington.

Defendant also has limited work ties to the community. The pretrial services' report noted a part-time delivery job with Door Dash. Defendant's part-time position as a delivery person is not indicative of employment tying him to the community, either in the short-term or long-term. On the contrary, defendant could quit very easily and leave town.

The two weapons related incidents in the pretrial services' report are also troubling. The first in Janesville reflects a considerable disregard for weapons safety and the safety of himself and others. The second incident in which the defendant pled guilty is also concerning, and which occurred in Douglas County, IL. Pretrial Services' Report ("PSR") at 4.

First, as provided in pretrial services' report, defendant was carrying his pistol without a conceal carry license, which represents a disregard for the laws of the State of Illinois. *Id.* Second, the instant offense occurred just eight days before his guilty plea in that case (2020 CF 208). *Id.* Defendant's conduct shows a willingness to commit additional criminal conduct even while dealing with pending criminal conduct. As a result of that case, defendant is a convicted felon and prohibited from possessing a firearm and ammunition. Furthermore, defendant was sentenced to 12 months' conditional discharge – non reporting, with one of the conditions being that he "[n]ot violate any criminal statute of any jurisdiction." See Exhibit 1. As noted below, defendant violated that condition.

As provided earlier, on November 5, 2021, two search warrants were executed in this case. One of those search warrants was of the defendant's person and the other was of his residence. In defendant's residence, agents found the following in defendant's bedroom:

1) AR-15 Style Rifle.
2) 12 Gauge Sawed off Shotgun.
3) Load Bearing Vest and Plate Carrier Vest with loaded magazines on it and Ceramic Plates in plate carrier (body armor).
4) Firearm magazines, including extended ammunition magazines (over 30)
    a. One of magazines full of military style rounds that appeared to be armor piercing rounds.
5) 3D printer and film (underneath bed in bedroom).
6) Appear to be throwing knives attached to belt on pair of pants.
7) Police radio clipped to plate carrier.

See Exhibit 2 for images taken of Defendant's bedroom during the search of his residence on November 5, 2021.

Considering the defendant is a convicted felon, the firearms and ammunition found in defendant's bedroom are exceptionally concerning and show a disregard for the law. As noted above, defendant possessed the firearms and ammunition after pleading guilty and being placed on 12 months' conditional discharge.

**V.  Nature and Seriousness of the Danger to any Person or the Community that would be posed by Defendant's Release**

Based on the information provided earlier, defendant poses a serious danger to any person and the community given the nature of the offense. Additionally, the following are more messages that defendant posted on the Signal chat group. Defendant sent these messages on or about June 21, 2021 utilizing his Captain John Paul Signal Account. This is a string of messages in a conversation with the defendant on the Signal chat group, which indicated that defendant was complaining about criminal charges that had been brought against him.

BALABUSZKO:     They need to be afraid

5

| | | |
|---|---|---|
| BALABUSZKO: | | When I say I'm running out of time I'm not fucking kidding |
| BALABUSZKO: | | I'm ready to have this conversation in here. I don't think any of you are feds |
| BALABUSZKO: | | But none of you will let it here to hear what I have to say so I'm going to say it here |
| BALABUSZKO: | | This is a call for action, and the necessary level of violence to complete said action |
| BALABUSZKO: | | The things they do cannot be brushed off, downplayed, or ignored anymore. Y'all will end up like me eventually if we don't all start fucking them back. |
| User 1: | | Fuck them all . Sick mother fuckers |
| BALABUSZKO: | | ***I want badges, I want a collection of nasty, dented, piss and blood coated badges to put on my wall*** |
| BALABUSZKO: | | If y'all aren't ready to have this conversation you never should've come here. That was the premise of this group. I think we've kept the retards and feds at enough distance to be honest with ourselves and each other. |

(Emphasis added).

Defendant's statements are a direct threat to law enforcement. Defendant's statements also indicate a willingness to incite violence by others, and doing so by using a sophisticated means – the Signal app, which is an encrypted messaging service unfriendly to law enforcement and that is commonly used and accessible on cell phones.

Lastly, on or about October 20, 2021, defendant sent numerous voice messages to the Signal chat group. In those messages, defendant indicated words to the effect that he wanted to be on the FBI's most wanted list, but needed help get there and to stay there. Defendant discussed the FBI not catching him. Some of those voice messages are as follows, which the government has recordings of.

"I wanna be number one on the FBI's most wanted list, that's my dream now."

"…I wanna be number one on the most wanted list, and I need help to get there."
"And I'll make sure I get there, I will put myself at the top of that list, but I need help to stay there. Maybe that's the play, God I can't believe I just said that. But if I could get to the top of that list all for liberty minded crimes and if they could not catch me I would remain at the top of that list, the FBI's main priority across the board would be crushing liberty and they would have to admit it every fucking day that that list is published with the name Jake Balabuszko at the top of it."

"Oh no, I didn't say arrested me, cause if they arrest me I'm not on the most wanted list anymore. I need to stay wanted to stay on the most wanted list, but I also have to be in a retarded amount of trouble."

"Why would I want to let them arrest me, I've already let them do that twice, and it wasn't worth it. I mean I guess not the FBI specifically, but I've let myself be arrested twice, and it was really fucking stupid."

As noted above, two firearms were found in the defendant's bedroom, and although the defendant resided with his girlfriend and another individual, the government also has the following images posted to the Signal chat group:

1. On or about August 10, 2021, another member of the Signal chat group sent a photo of two males holding rifles to the Signal chat group. (The second male's face is redacted in the photograph provided.) It appears to be the defendant on the left. This rifle also appears consistent with the AR-15 style rifle found in the defendant's bedroom. To note, this is before the defendant pled guilty in his the Douglas County, IL case. See Exhibit 3.

2. On October 13, 2021, defendant sent an image over the Signal chat group of an individual whose face is not visible, wearing a body armor style vest with a Velcro patch with "BATTLEBUSZKO" on it (image shows letters in reverse), which appears to be a play on BALABUSZKO's name. See Exhibit 4.

3. On or about October 13, 2021, BALABUSZKO sent numerous photographs to the Signal chat group. Those photographs appear to show multiple firearms and other gear, and also appear consistent with photos from the search of defendant's residence on November 5, 2021. See Exhibit 5.

Defendant is a danger to society. While Judge Jensen imposed restrictive conditions of release, defendant's history indicates a willingness to disregard court imposed-orders and conditions. Moreover, even though Judge Jensen has ordered that defendant not possess a smart

7

phone or access the Internet, the government has grave concerns about pretrial services' ability to monitor and enforce this condition.

### VI. Conclusion

Based on the foregoing, the government respectfully requests this Court reconsider and stay Judge Jensen's November 15, 2021, decision to release defendant on bond pending, albeit with conditions, the resolution of the government's motion

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s/ *Michael Beckman*
    MICHAEL BECKMAN
    Assistant United States Attorney
    327 South Church Street, Suite 3300
    Rockford, Illinois 61101
    (815) 987-4444/ Fax (815) 987-4236
    michael.beckman@usdoj.gov
    Bar Number: 1093915

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on November 15, 2021, the following document:

**GOVERNMENT'S EMERGENCY MOTION FOR RECONSIDERATION AND STAY OF RELEASE ORDER PENDING RESOLUTION OF THE GOVERNMENT'S MOTION**

was served pursuant to the district court's ECF system as to ECF filers.

          */s/ Michael Beckman*
          MICHAEL BECKMAN
          Assistant United States Attorney
          327 South Church Street, Suite 3300
          Rockford, Illinois 61101
          (815) 987-4444/ Fax (815) 987-4236
          michael.beckman@usdoj.gov
          Bar Number: 1093915