FILED
APR 19 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 21 CR 50056 |
| vs. | ) | |
| | ) | Violation: Title 18, United States Code |
| | ) | Sections 115(a)(1)(B) and 922(g)(1) |
| JACOB BALABUSZKO | ) | **SUPERSEDING INDICTMENT** |

## COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about August 18, 2021, in the Northern District of Illinois, Western Division,

JACOB BALABUSZKO,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that BALABUSZKO threatened to assault and murder Federal Bureau of Investigation Task Force Officer D.D. and Federal Bureau of Investigation Special Agent G.H.; namely, that BALABUSZKO stated, in effect:

   a. My name is Jacob Balabuszko, this is not a test. Agent [D.D.], Agent [G.H.], I will fuck both of you in your cute little butts. It's not even 'cause I actually think you're cute, it's just so that you can feel like less of men. Because you're not, go fuck yourselves, again, or maybe I will.

   b. Next time you two come to my house unannounced, I'm going to shoot you on sight, that is a threat.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about November 5, 2021, at Machesney Park, in the Northern District of Illinois, Western Division,

## JACOB BALABUSZKO,

defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, namely:

a D.S. Arms, model ZM4, multi-caliber, semi-automatic rifle with serial number DFS008914; a loaded Savage, model 775, caliber 12-gauge, semi-automatic shotgun with serial number 219890; eleven rounds of Wolf Performance Ammunition, .223 Remington ammunition; thirty-nine rounds of Red Army Standard, 9mm Makarov ammunition; one round of Wolf Performance Ammunition, 7.62x39mm ammunition; one round of Remington Arms Company, 12-gauge ammunition; and five rounds of Remington Arms Company, 30-06 ammunition,

which firearm and ammunition previously had traveled in interstate commerce prior to the defendant's possession of the firearm and ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 115(a)(1)(B) or 922(g)(1), as set forth in this Superseding Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

    a. a D.S. Arms, model ZM4, multi-caliber, semi-automatic rifle with serial number DFS008914, and associated ammunition;

    b. a Savage, model 775, caliber 12-gauge, semi-automatic shotgun with serial number 219890, and associated ammunition;

    c. Eleven rounds of Wolf Performance Ammunition, .223 Remington ammunition;

    d. Thirty-nine rounds of Red Army Standard, 9mm Makarov ammunition;

    e. One round of Wolf Performance Ammunition, 7.62x39mm ammunition;

    f. One round of Remington Arms Company, 12-gauge ammunition; and

    g. Five rounds of Remington Arms Company, 30-06 ammunition.

A TRUE BILL:

FOREPERSON

*John R. Lausch, Jr. /SLP*
UNITED STATES ATTORNEY